# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 20
Herman Brettler, &c.,
     Appellant,
      v.
Allianz Life Insurance Company of
North America,
     Respondent.

Ira S. Lipsius, for appellant.
Dawn Bell Williams, for respondent.

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument. Acting Chief Judge Cannataro and Judges Rivera, Garcia, Wilson, Singas and Troutman concur.

Decided January 10, 2023